**STATE of Maine**

v.

**Robert O. MOWER.**

Supreme Judicial Court of Maine.

April 21, 1978.

David M. Cox, Dist. Atty., Gary F. Thorne (orally), Asst. Dist. Atty., Bangor, for plaintiff.

Mitchell, Ballou & Keith by Peter M. Weatherbee (orally), Bangor, for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

MEMORANDUM OF DECISION.

Our decision in this case is governed by our decision in *State v. Pinkham*, Me., 383 A.2d 1355 (1978).

The entry must be:

Appeal sustained.

New trial ordered.

DELAHANTY, Justice:

I concur in the decision of the Court only to the extent that the single issue decided herein is controlled by *State v. Pinkham*, Me., 383 A.2d 1355 (1978), a decision in which I did not participate and which, in my judgment, was wrongly decided.